DC 11
Rev. 7/82

C. A. No. 02-193T

## WRIT OF EXECUTION

| United States District Court | DISTRICT RHODE ISLAND |
| --- | --- |

TO THE MARSHAL OF:
THE DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
ROGER LARIVIERE
396 West Wrentham Road
Cumberland, Rhode Island

you cause to be made and levied as well a certain debt of: said Roger Lariviere

| DOLLAR AMOUNT | DOLLAR AMOUNT |
| --- | --- |
| in the amount of $164,133.33 | and interest as of June 6, 2005 of $42,010.44 |

for a total of $206,143.77 as of June 6, 2005.

in the United States District Court for the __________ District of RHODE ISLAND, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said, Roger Lariviere and that you levy on all of the right, title and interest of said Roger Lariviere in and to the real estate described as AP 50, Lot 104 on the records of the Tax Assessor of Cumberland, Rhode Island and all personal property and fixtures located thereon.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
| --- | --- |
| 91 Friendship Street | Rhode Island |
| CITY | DATE |
| Providence, RI 02903 | ~~August~~ September 9, 2005 |

Witness the Honorable ERNEST C. TORRES
*(United States Judge)*

| DATE | CLERK OF COURT |
| --- | --- |
| 6/9/05 | DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK |
| | Doreen Baldewell |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
| --- | --- |
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
| --- | --- |
| | |