U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Gulf 95, Inc. | COURT CASE NUMBER: 02-193T |
| DEFENDANT: Roger Lariviere | TYPE OF PROCESS: Writ of Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Roger Lariviere

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 396 West Wrentham Road, Cumberland, Rhode Island 02864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Harmony A. Conti, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (401) 831-2900 | 6/10/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | [signature] | 6/10/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: ROBERTA LARIVIERE — WIFE

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: 396 WEST WRETHAM RD CUMBERLAND, RI

Date of Service: 6-24-05 Time: 1537 am (pm)

Signature of U.S. Marshal or Deputy: C. A Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | 13.77 | | 81.27 | 150.00 | | 68.73 |

REMARKS: 1 END, 34 MILES (1½ HR)

R Lariviere

Total 1 DUSM 1½ hour 34 miles

DIDN'T HAVE ANY MONEY
C. MOORE - 6/24/05
TALKED W/ ROGER ON PHONE ABOUT ABOVE PROCEEDING ALRIGHT TO GIVE TO WIFE

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

DC 11
Rev. 7/82

C. A. No. 02-193T

# WRIT OF EXECUTION

| United States District Court | DISTRICT RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
THE DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
ROGER LARIVIERE
396 West Wrentham Road
Cumberland, Rhode Island

you cause to be made and levied as well a certain debt of: said Roger Lariviere

DOLLAR AMOUNT
in the amount of $164,133.33

DOLLAR AMOUNT
and interest as of June 6, 2005 of $42,010.44
for a total of $206,143.77 as of June 6, 2005.

in the United States District Court for the ______ District of RHODE ISLAND,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said, Roger Lariviere and that you levy on all of the right, title and interest of said Roger Lariviere in and to the real estate described as AP 50, Lot 104 on the records of the Tax Assessor of Cumberland, Rhode Island and all personal property and fixtures located thereon.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| 91 Friendship Street | Rhode Island |
| CITY: Providence, RI 02903 | DATE: ~~August~~ September 9, 2005 |

Witness the Honorable ERNEST C. TORRES
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 6/9/05 | DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK: Doreen Baldinelli |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6/24/05 | 6/24/05 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A. Mooney |