AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

GULF 95, INC.

V.

ROGER LARIVIERE V. MANDI SARDI

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 02-193T

TO: KEEPER OF RECORDS
BANK OF AMERICA, c/oSharon F. Williams, Vice-President
111 Westminster Street
Providence, RI 02903

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

any & all records pertaining to any accts, deposits, certificates or any other assets in the name of Roger Lariviere of 396 West Wrentham Rd, Cumberland, RI, whether standing in his name or jointly in his name with any other person or in his name as trustee or beneficiary

| PLACE | DATE AND TIME |
|---|---|
| Thomas C. Plunkett, Esq.,91 Friendship St., Providence, RI 02903 | 08/12/05 at 1:30 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] atty for Plaintiff | July 15, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Thomas C. Punkett, Esq, 91 Friendship St.,Providence, Rhode Island 02903 (401) 831-2900

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| SERVED | DATE 7/18/05 | PLACE providence |
| SERVED ON (PRINT NAME) Bank of America | | MANNER OF SERVICE Legal Department |
| SERVED BY (PRINT NAME) | Alfred J. Harris<br>Authorized Federal Process Server | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7-18-05
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER
ALFRED J. HARRIS
[redacted]
P.O. BOX 1107
PAWTUCKET, RI 02862

x Cristina Sarabria

FILED
2005 JUL 20 P 3: 33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND