7/29

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

GULF 95, INC.

V.

ROGER LARIVIERE V. MANDI SARDI

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 02-193T

TO: Keeper of Records, Quick &Reilly 111 Westminster ST.
Prov. RI 401-455-0175

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

any and all records pertaining to any accts. deposits, certificates of any other assets in the name of Roger Lariviere of 396 West Wrentham Rd Cumberland, RI whether standing in his name or jointly in his name with any other person or in his name as trustee or beneficiary

| PLACE | DATE AND TIME |
|---|---|
| Thomas C. Plunkett, Esq., 91 Friendship St., Prov., RI 02903 | 8/12/05 - 12:30 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | July 27, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Thomas C. Plunkett, Esq., 91 Friendship St., Prov., RI 029093 401-831-2900

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

OF - 8-1-05
cc: LJ

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME): Quick & Reilly

MANNER OF SERVICE: Richards Keeper

SERVED BY (PRINT NAME):

TITLE:

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7-29-05
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER

ALFRED J. HARRIS
~~CONSTABLE~~
P.O. BOX 1107
PAWTUCKET, RI 02862

Alfred J. Harris
Authorized Federal Process Server

X Kevin Rivet
Associate
7-29-05

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 AUG -5 A 11:15
FILED