UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GULF 95, INC.

VS.

ROGER LARIVIERE C.A. No. 02-193T

VS.

MANDI SARDI

## SUGGESTION OF BANKRUPTCY

Now comes the Defendant Roger Lariviere and states that he is presently under the protection of the United States Bankruptcy Court for the District of Rhode Island and that the Bankruptcy Number is: 05-12772.

Defendant
By His Attorneys,

PETER G. BERMAN
BC #2030
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

## CERTIFICATE OF SERVICE

I hereby certify that on 8/10, 2005, I forwarded a copy of the within, by regular mail, postage pre-paid to Thomas Plunkett, Esquire, Kiernan Plunkett & Redihan, 91 Friendship Street, Providence, RI 02903 and Christopher Mulhearn, Esquire, 55 Pine Street, Providence, RI 02903.

ALLISON DUNNING